IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00024-FL

| | | |
|---|---|---|
| VANESSA PICKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR PAYMENT OF ATTORNEY |
| | ) | FEES UNDER THE |
| NANCY A. BERRYHILL, | ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of, | ) | TO JUSTICE ACT |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,670.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Vaughn S. Clauson, and mailed to his office at P.O. Box 110205, Durham, North Carolina 27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __3rd__ day of May, 2018

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE