UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

VANESSA PICKETT,           )
                Plaintiff, )
                           )
v.                         )        **JUDGMENT**
                           )
                           )        No. 7:17-CV-24-FL
                           )
NANCY A. BERRYHILL,        )
Commissioner of Social Security, )
                Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,670.00.

**This Judgment Filed and Entered on May 3, 2018, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)


May 3, 2018            PETER A. MOORE, JR., CLERK
                          /s/ Susan W. Tripp
                       (By) Susan W. Tripp, Deputy Clerk